**In the Matter of HUDSON RIVER NAVIGATION CORPORATION, Bankrupt. City of New York, Claimant-Appellant, Theodore Waeber, as Trustee in Bankruptcy of Hudson River Navigation Corporation, Bankrupt, Appellee.**

**No. 445.**

Circuit Court of Appeals, Second Circuit.

June 3, 1935.

Paul Windels, Corp. Counsel, of New York City (Paxton Blair, Seymour B. Quel, and Milton Schilback, all of New York City, of counsel), for City of New York.

Herman L. Weisman, of New York City, for trustee in bankruptcy.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed.